# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

November 29, 2021

Lyle W. Cayce
Clerk

No. 20-11250

United States of America,

*Plaintiff—Appellee*,

*versus*

Loui A. Hamdooni,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:20-CR-183

Before Wiener, Graves, and Ho, *Circuit Judges*.

Per Curiam:*

Loui Hamdooni pleaded guilty to one count of bank robbery, in violation of 18 U.S.C. § 2113(a). He brought this appeal to challenge a condition of his supervised release.

According to the written judgment, he must report to the probation office in the district "to which he is released." Hamdooni contends that this

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-11250

provision conflicts with the oral pronouncement, which requires him to report to the probation office in the district "where he is authorized to reside."

Hamdooni contends that the written judgment and oral pronouncement conflict, to the extent that they require him to report to probation offices in two different districts—the district in which he is incarcerated *and* the district in which he is authorized to reside. But we see no conflict. The district "to which" Hamdooni is released is the very district where he is "authorized to reside."

We accordingly affirm.